# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. KING,<br><br>    Plaintiff(s),<br><br>v.<br><br>STANDARD METALS PROCESSING,<br>INC. f/k/a STANDARD GOLD, INC.,<br><br>    Defendant(s). | 2:14-CV-751 JCM (NJK) |

## ORDER

Presently before the court is the matter of *King v. Standard Metals Processing, Inc.*, case no. 2:14-cv-751-JCM-NJK.

On June 6, 2014, the defendant filed a motion to dismiss the original complaint. (Doc. # 8). Before that motion was fully briefed, the plaintiff filed an amended complaint. (Doc. # 14).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (doc. # 8) be, and the same hereby is, DENIED without prejudice.

DATED June 27, 2014.

_____
UNITED STATES DISTRICT JUDGE