1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

DEBORAH A. KING,                                 )
11                                                )
                            Plaintiff,            )         Case No. 2:14-cv-00751-JCM-NJK
12                                                )
vs.                                               )         ORDER
13                                                )
STANDARD METALS PROCESSING, INC.                 )
14                                                )
                            Defendant.            )
15 ───────────────────────────────────────────────)

16        This matter is before the Court on the parties' proposed Joint Discovery Plan and Scheduling

17 Order.  Docket No. 18.  The proposed discovery plan misstates the requirements of Local Rule 26-4,

18 in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days

19 before the discovery cut-off.  *See id.*, at 3.  Local Rule 26-4 requires that any request to extend

20 deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject

21 deadline</u>.  For example, any request to extend the deadline for initial expert disclosures must be filed

22 at least 21 days before the expiration of <u>that deadline</u>.  Such a request filed only 20 days before the

23 discovery cut-off would be untimely.

24 //

25 //

26 //

27 //

28 //

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record[1] in this matter to file a certification with the Court no later than August 1, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: July 25, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1]

This includes Jocelyn Michele Shelton, Deanna L. Forbush, Joshua D. Brinen, and Sean P. Flanagan.

2